**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Docket No. 3:15-cr-148-MOC-DSC** |
| | ) | |
| **v.** | ) | |
| | ) | ***UNDER SEAL*** |
| **THAJUAN BROWN** | ) | |

_____

**ORDER UNSEALING COMPLAINT AND ARREST WARRANT**

UPON MOTION of the United States of America for an order directing that the Criminal Complaint and the Arrest Warrant be unsealed,

IT IS HEREBY ORDERED that the Criminal Complaint and the Arrest Warrant be unsealed.

IT IS FURTHER ORDERED that the various sealing and unsealing Motions and Orders remained sealed until further order of this Court.

The Clerk is directed to send a copy of this Order to the United States Attorney's Office via email to steven.kaufman@usdoj.gov.

SO ORDERED.

_____
David S. Cayer
United States Magistrate Judge